Rodney S. Diggs, Esq. (SBN 274459)
rdiggs@imwlaw.com
Tiffany Rollins, Esq. (SBN 291793)
trollins@imwlaw.com
Armand Jaafari, Esq. (SBN 316607)
ajaafari@imwlaw.com
**IVIE, McNEILL & WYATT**
444 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone:  (213) 489-0028
Facsimile:   (213) 489-0552

Attorneys for Plaintiffs **STEPHAN SHAY AND NATHAN SHAY**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN SHAY, an individual NATHAN SHAY, an individual, <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>CITY OF HUNTINGTON BEACH, a public entity, OFFICER BRANDON D. ROCKETT #422090, as an individual and a peace officer, OFFICER DANIEL M. SUBIA #421221, as an individual and a peace officer and DOES 1 through 10, inclusive, <br><br>　　　　　Defendants. | Case No. 8:17-CV-744 AG (JCGx) <br><br>**DECLARATION OF RODNEY S. DIGGS AND EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT** <br><br>**DATE:** September 10, 2018 <br>**TIME:**   10:00 a.m. <br>**CTRM: 10D – Santa Ana** |

1

# DECLARATION OF RODNEY S. DIGGS

I, Rodney S. Diggs, hereby declare the following:

1. I am a partner with Ivie, McNeill, and Wyatt, APLC, attorneys for Plaintiffs, Stephan Shay and Nathan Shay. The following is within my own personal knowledge, and if called upon to testify I could and would competently testify thereto.

2. Attached hereto and incorporated herein by reference as Exhibit "A" is a true and correct copy of the pertinent portions of the transcript of the February 21, 2018 deposition of Nathan Shay.

3. Attached hereto and incorporated herein by reference as Exhibit "B" is a true and correct copy of the pertinent portions of the transcript of the May 10, 2018 deposition of Brandon Rockett.

4. Attached hereto and incorporated herein by reference as Exhibit "C" is a true and correct copy of the pertinent portions of the transcript of the May 9, 2018 deposition of Daniel Subia.

5. Attached hereto and incorporated herein by reference as Exhibit "D" is a true and correct copy of the pertinent portions of the transcript of the February 21, 2018 deposition of Stephan Shay.

6. Attached hereto and incorporated herein by reference as Exhibit "E" is a true and correct copy of the Age 21 and Older Officer's Statement recorded in reference to the incident at issue on January 13, 2016.

7. Attached hereto and incorporated herein by reference as Exhibit "F" is a true and correct copy of an article from the Running Competitor website entitled, *Road Warrior: Marathoner Stephan Shay's Mobile Home Life*, from September, 2015 (http://running.competitor.com/2015/09/news/raod-warrior-marathoner-stephan-shays-mobile-home-life_135669).

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 20th day of August, 2018, at Los Angeles, California.

*/s/ Rodney S. Diggs*
Rodney S. Diggs, Declarant

DECLARATION OF RODNEY S. DIGGS AND EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT