**Rodney S. Diggs, Esq. (SBN 274459)**
rdiggs@imwlaw.com
**Tiffany Rollins, Esq. (SBN 291793)**
trollins@imwlaw.com
**IVIE, McNEILL & WYATT**
A Professional Law Corporation
444 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone: (213) 489-0028
Facsimile:  (213) 489-0552

Attorneys for Plaintiffs **STEPHAN SHAY AND NATHAN SHAY**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN SHAY, an individual, and NATHAN SHAY, an individual, <br><br>         Plaintiffs <br>   vs. <br><br> CITY OF HUNTINGTON BEACH, a public entity, OFFICER BRANDON D. ROCKETT #422090, as an individual and a peace officer, OFFICER DANIEL M. SUBIA #421221, as an individual and a peace officer and DOES 1 through 10 inclusive. <br><br>         Defendants. | Case No.: 8:17-CV-744 AG (JCGx) <br><br> **PLAINTIFFS' CONDITIONAL NON-OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE PLAINTIFFS' POLICE PRACTICES EXPERT RICHARD BRYCE** <br><br> **Pre-Trial Conference:** <br> Date:   October 22, 2018 <br> Time:  8:30 a.m. <br> Place:  Courtroom 10D <br><br> **Trial:** <br> Date:   November 6, 2018 <br> Time:  9:00 a.m. <br> Place:  Courtroom 10D |

**TO THE HONORABLE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that PLAINTIFFS STEPHAN SHAY (hereinafter, "Stephan") and NATHAN SHAY (hereinafter, "Nathan") (hereinafter "Plaintiffs")) will and hereby submit the following conditional non-opposition to Defendants' Motion in Limine No. 4 to exclude Plaintiffs' police practices expert Richard Bryce.

Dated:  October 15, 2018                           **IVIE, McNEILL & WYATT**

                                                   By: */s/ Tiffany Rollins*
                                                   **RODNEY S. DIGGS**
                                                   **TIFFANY ROLLINS**
                                                   **Attorneys for Plaintiffs**
                                                   **STEPHAN SHAY and**
                                                   **NATHAN SHAY**

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION/ ARGUMENT

This is a 42 U.S.C. § 1983 case regarding the use of force and unlawful arrest by Huntington Beach Officers Brandon Rockett (hereinafter "Officer Rockett") and Daniel Subia (hereinafter "Officer Subia") (hereinafter, "Defendant Officers," collectively) against Stephan Shay (hereinafter, "Stephan") and Nathan Shay (hereinafter, "Nathan") (hereinafter "Plaintiffs").

To the extent that Defendants are not seeking to exclude Plaintiffs' police practices expert Richard Bryce in general, but rather on the basis that his offered opinions relate solely to Plaintiffs' excessive force claims, Plaintiffs' reserve the right to file an opposition to this motion in limine pending the results of Plaintiffs' motion for reconsideration of the Court's ruling on Defendants' summary judgment motion.

Dated:   October 15, 2018               **IVIE, McNEILL & WYATT**

                                        By: */s/ Tiffany Rollins*
                                            **RODNEY S. DIGGS**
                                            **TIFFANY ROLLINS**
                                            **Attorneys for Plaintiffs**
                                            **STEPHAN SHAY and**
                                            **NATHAN SHAY**