JS-6

MICHAEL E. GATES, City Attorney (SBN 258446)
BRIAN L. WILLIAMS, Sr. Trial Counsel (SBN 227948)
JEMMA E. DUNN, Sr. Deputy City Attorney (SBN 258454)
DANIEL S. CHA, Sr. Deputy City Attorney (SBN 260256)
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
(714) 536-5555
FAX (714) 374-1590
Email:  Brian.Williams@surfcity-hb.org
        Jemma.Dunn@surfcity-hb.org
        Daniel.Cha@surfcity-hb.org

Attorneys for Defendants
CITY OF HUNTINGTON BEACH, BRANDON D. ROCKETT AND DANIEL M. SUBIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN SHAY, an individual NATHAN SHAY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF HUNTINGTON BEACH, a public entity, OFFICER BRANDON D. ROCKETT #422090, as an individual and a peace officer, OFFICER DANIEL M. SUBIA #421221, as an individual and a peace officer and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.  8:17-CV-744 AG (JCGx) <br><br> **JUDGMENT** |

/ / /

/ / /

/ / /

1

JUDGMENT

# JUDGMENT

On September 18, 2018, this Court dismissed Plaintiffs Nathan Shay's and Stephan Shay's Ninth, Tenth, Eleventh, Twelfth, and Thirteenth Claims for Relief, with prejudice, and dismissed the action in its entirety, with prejudice, as to Defendant City of Huntington Beach. On September 27, 2018, this Court granted Defendants' Motion for Summary Judgment as to Plaintiffs' First, Second, Third, and Eighth Claims for Relief.

On November 13, 2018, with the Honorable Judge Andrew Guilford presiding, this matter came on for jury trial between Plaintiffs Nathan Shay and Stephan Shay, and the remaining Defendants Officer Brandon Rockett and Officer Daniel Subia on the remaining claims. After hearing the evidence and the arguments of counsel, the case was submitted to the jury on November 15, 2018. The jury deliberated and, on November 16, 2018, the jury rendered a unanimous verdict in favor of Defendants Officer Brandon Rockett and Officer Daniel Subia on all the claims.

Pursuant to Federal Rules of Civil Procedure 54(a) and 58(b), by reason of the referenced verdict, and by reason of the Court's prior orders in this action, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

Plaintiffs Nathan Shay and Stephan Shay shall recover nothing, and this action is dismissed in its entirety on the merits; and

/ / /

/ / /

/ / /

Defendants City of Huntington Beach, Officer Brandon Rockett and Officer Daniel Subia are the prevailing parties for the purpose of any recovery of allowed costs against Plaintiffs Nathan Shay and Stephan Shay, under Federal Rule of Civil Procedure 54(d) and Central District Local Rule 54-1, *et seq.*

Dated: January 3, 2019

_____
Honorable Andrew J. Guilford
United States District Judge

Respectfully submitted by:

CITY OF HUNTINGTON BEACH

By: /s/ *Daniel S. Cha*
Daniel S. Cha, Sr. Deputy City Attorney
Attorneys for Defendants
CITY OF HUNTINGTON BEACH,
BRANDON D. ROCKETT, and
DANIEL M. SUBIA