# UNITED STATES DISTRICT COURT
Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Stephan Shay and Nathan Shay

V.

City of Huntington Beach, et al.

Case Number: 8:17-CV-744 AG (JCGx)

Judgment was entered in this action on __1/3/2019__ / __132__ against __Plaintiffs Stephan Shay and Nathan Shay__.
 Date       Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount | |
|---|---|---|
| Clerk's Fees (L.R. 54-3.1): | | |
| Fees for Service of Process (L.R. 54-3.2): | | |
| United States Marshal's Fees (L.R. 54-3.3): | | |
| Transcripts of Court Proceedings (L.R. 54-3.4): | | |
| Depositions (L.R. 54-3.5): *(-$1,407.50. Stipulated between the parties.)* | $4,518.64 | ~~$5,926.14~~ |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | | |
| Interpreter's Fees (L.R. 54-3.7): | | |
| Docket Fees (L.R. 54-3.8): | | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | $258.60 | |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | | |
| Other Costs - attach court order (L.R. 54-3.12): | | |
| State Court Costs (L.R. 54-3.13): | | |
| Costs on Appeal (L.R. 54-4): | | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | | |
| **TOTAL** | **$4,777.24** | ~~$6,184.74~~ |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

☑ The Court's CM/ECF System
☐ Conventional service by first class mail
☐ Other _____

/s/ Daniel S. Cha
Signature

Daniel S. Cha, Sr. Deputy City Attorney
Print Name

Attorney for: Defendants, City of Huntington Beach, Brandon Rockett and Daniel Subia

Costs are taxed in the amount of  $4,777.24

Kiry K. Gray
Clerk of Court

By: J. Roper
Deputy Clerk

5/10/2019
Date