UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 05 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEPHAN SHAY and NATHAN SHAY,<br><br>         Plaintiffs - Appellants,<br><br>   v.<br><br>CITY OF HUNTINGTON BEACH, a public entity; et al.,<br><br>         Defendants - Appellees. | No. 18-56644<br><br>D.C. No. 8:17-cv-00744-AG-ADS<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

The judgment of this Court, entered May 14, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7